United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DENNIS JACOBS**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: April 12, 2013
Docket #: 12-2889cr
Short Title: United States of America v. Yaron(Buchnik)

DC Docket #: 1:10-cr-363-2
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-1
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-6
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-5
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-7
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-3
DC Court: SDNY (NEW YORK CITY) DC Docket #: 1:10-cr-363-4
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels
Gorenstein

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for bail filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, April 30, 2013 at 10:00 am.   The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 17th floor, Room 1705.

Opposing papers, if any, must be filed with proof of service, not later than April 18, 2013.

Inquiries regarding this case may be directed to 212-857-8595 .