# 12-4685   12-2889 (lead)

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

_____

UNITED STATES OF AMERICA,

*Appellee,*

v.

MOSHE BUCHNIK, MICHAEL YARON, CAMBRIDGE ENVIRONMENTAL & CONSTRUCTION CORP., dba NATIONAL ENVIRONMENTAL ASSOCIATES, OXFORD CONSTRUCTION & DEVELOPMENT CORP., SANTO SAGLIMBENI, ARTECH CORP., and EMILIO "TONY" FIGUEROA,

*Defendants-Appellants*

_____

On Appeal from the United States District Court
for the Southern District of New York,
No. 1:10-cr-363-GBD, Before the Hon, George B. Daniels, U.S.D.J.

## FINAL FORM REPLY BRIEF
## IN SUPPORT OF THE APPEAL
## OF EMILIO "TONY" FIGUEROA

_____

AIDAN P. O'CONNOR
PASHMAN STEIN, P.C.
21 Main Street, Suite 100
Hackensack, New Jersey 07601
(201) 488-8200
Attorneys for Emilio "Tony" Figueroa

## TABLE OF CONTENTS

Table of Authorities .................................................................................................. ii

Argument ................................................................................................................ 1

    Appellant Figueroa Joins and Adopts the Arguments
    Made in the Reply Briefs of His Co-Defendants in this Matter ........................ 1

Conclusion .............................................................................................................. 2

Certificate of Compliance ...................................................................................... 3

# TABLE OF AUTHORITIES

**Rules**

Fed. R. App. P. 28(i) ................................................................................................ 1

# ARGUMENT

### Appellant Figueroa Joins and Adopts the Arguments
### Made in the Reply Briefs of his Co-Defendants in this Matter

In reply to the Government brief, Appellant Figueroa relies on the arguments set forth in his initial memorandum of law. Furthermore, pursuant to Fed. R. App. P. 28(i), Appellant Figueroa adopts and joins in the arguments set forth in the reply briefs of Appellants Michael Yaron (No. 12-2890), Moshe Buchnik (No. 12-2889) and Santo Saglimbeni (No. 12-4556).

C O N C L U S I O N

For the reasons set forth in our initial brief and in the briefs of the co-defendants in which Appellant Figueroa has joined and adopted, this Court should reverse Tony Figueroa's conviction. In the alternative, this Court should remand this case back to the District Court for resentencing.

Dated:     March 28, 2014

                                            Respectfully submitted,

                                            /s/ *Aidan P. O'Connor*
                                          AIDAN P. O'CONNOR
                                          PASHMAN STEIN, P.C.
                                          21 Main Street, Suite 100
                                          Hackensack, New Jersey 07601
                                          (201) 488-8200

## CERTIFICATE OF COMPLIANCE
### (FRAP 32[a][7][C])

I, Aidan P. O'Connor, an attorney at law duly admitted to practice in the United States Court of Appeals for the Second Circuit, hereby certifies that the within Appellant's Brief complies with the word limitation contained in Fed. R. App. P. 32 (a)(7)(B)(i), in that, according to the word count in the Microsoft Word word-processing system used to prepare such brief, there are 132 words from the argument through the conclusion.

Dated:     Hackensack, New Jersey
           March 28, 2014

/s/ *Aidan P. O'Connor*
AIDAN P. O'CONNOR

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2014, I caused a copy of Defendant-Appellant Emilio "Tony" Figueroa's Final Form Reply Brief to be served upon the following via electronic filing:

James Joseph Fredricks, Esq.
Nickolai Gilford Levin, Esq.
Finnuala K. Tessier, Esq.
United States Department of Justice
Appellate Section, Antitrust Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
*Counsel to Appellee U.S Department of Justice*

Lisa A. Mathewson, Esq.
123 So. Broad St., Suite 810
Philadelphia, Pennsylvania 19109
*Counsel to Appellant Michael Yaron* (No. 12-2940)
*Counsel to Appellant Oxford Construction and Development Corp.* (No. 12-2972)
*Counsel to Appellant Cambridge Environmental & Construction Corp.* (No. 12-2976)

Marc A. Agnifilo, Esq.
Brafman & Associates
767 Third Avenue
New York, New York 10017
*Counsel to Moshe Buchnik*

Neal Sanford Comer, Esq.
81 Main Street, Suite 205
White Plains, New York 10601
*Counsel to Appellant Santo Saglimbeni* (No. 12-4556)
*Counsel to Appellant Artech Corp.* (No. 12-3078)


       /s/ Aidan P. O'Connor
       Aidan P. O'Connor
       Counsel for Emilio "Tony" Figueroa