TRULINCS 63411054 - SAGLIMBENI, SANTO - Unit: MCK-F-A

---

FROM: 63411054
TO: Saglimbeni, Marta
SUBJECT: Withdrawal of Appeals
DATE: 05/26/2014 01:52:35 PM

5/26/14

Neal Comer, Esq.
80 Main Street
White Plains, NY

Re: Withdrawal of Appeals for: Santo Saglimbeni and Artech Corp - US 2nd Circuit of Appeals

Neal,

You are my attorney of record on my appeals. I am directing you to WITHDRAW both Appeals currently pending in the US 2nd Circuit of Appeals.

They are: US vs. Santo Saglimbeni and US vs. Artech Corp

Please notify the Court and withdraw both appeals immediately.

Thank you,

Santo Saglimbeni
BOP# 63411-054

TRULINCS 63411054 - SAGLIMBENI, SANTO - Unit: MCK-F-A

---

FROM: 63411054
TO: Saglimbeni, Marta
SUBJECT: Withdrawal of Appeals
DATE: 05/26/2014 01:52:35 PM

5/26/14

Neal Comer, Esq.
80 Main Street
White Plains, NY

Re: Withdrawal of Appeals for: Santo Saglimbeni and Artech Corp - US 2nd Circuit of Appeals

Neal,

You are my attorney of record on my appeals. I am directing you to WITHDRAW both Appeals currently pending in the US 2nd Circuit of Appeals.

They are: US vs. Santo Saglimbeni and US vs. Artech Corp

Please notify the Court and withdraw both appeals immediately.

Thank you,

Santo Saglimbeni
BOP# 63411-054